UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                          GENERAL COURT NUMBER
  CLERK OF COURT                                                                           415-522-2000

September 23, 2021

Bradley Earl Beckworth
Nix Patterson, LLP
3600 N. Capital Of Texas Hwy, Ste B350
Austin, TX 78722
Counsel for Ikorongo Texas

David S. Almeling
O'Melveny and Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Counsel for Defendant Samsung

Re:  **Ikorongo Texas LLC v. Samsung Electronics Co., LTD**
   21-cv-07424-JCS

Dear Counsel:

      This matter has been randomly assigned to United States Chief Magistrate Judge Joseph C. Spero for all purposes including trial.

      The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

      A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  All parties are requested to complete the attached form documenting either consent or declination and e-file it with the Court by   **October 7, 2021**.   This form can be found on the Court's website at www.cand.uscourts.gov. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

                                                               Susan Y. Soong
                                                               Clerk, United States District Court

                                                               Karen Hom, Deputy Clerk to
                                                               Chief Magistrate JOSEPH C. SPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKORONGO TEXAS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO LTD, et al., <br><br> Defendants. | Case No. 21-cv-07424-JCS <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____          NAME: _____
                                 COUNSEL FOR
                                 (OR "PRO SE"): _____

                                 _____
                                 *Signature*