Howard Wisnia (SBN 184626)
**WISNIA PC**
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: (858) 461-0989
Howard@wisnialaw.com

Attorney for Plaintiffs IKORONGO TEXAS LLC and
IKORONGO TECHNOLOGY LLC.

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKORONGO TEXAS LLC and IKORONGO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS C)., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 21-cv-07424-SI<br><br>**JOINT STATUS REPORT AND REQUEST FOR A STATUS CONFERENCE** |

Plaintiffs Ikorongo Texas LLC and Ikorongo Technology LLC (collectively "Ikorongo") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") hereby report to the Court as follows:

1. In the above-captioned matter, Ikorongo asserts infringement by Samsung of U.S. Patent Nos. RE 45,543 (the '543 Patent) and RE 47,704 (the '704 Patent), as well as two other patents.

2. This action is currently stayed pursuant to the parties' stipulation and Court order of October 7, 2021. (Dkt. 111). The stay was entered into pending resolution of Ikorongo's petition for writ of certiorari as to the opinion of the Court of Appeals for the Federal Circuit regarding the Petitions for Writs of Mandamus filed in Case Nos. 2021-139 and 2021-140, transferring related actions out of the U.S. District Court, Western District of Texas. *See* Order on Petition, *In re: Samsung Electronics Co., Ltd.*, No. 21-139 (Fed. Cir. June 30, 2021). On April 4, 2022, the Supreme Court denied Ikorongo's petitions. *Ikorongo Tex. LLC v. Samsung Elecs. Co.,* No. 21-1085, 2022 U.S. LEXIS 1807 (Apr. 4, 2022).

3. On April 12, 2022, the Court in *Ikorongo v. Bumble Trading LLC,* 6:20-cv-00256-ADA (WDTX) ("*Bumble* action"), a case involving the '543 and '704 Patents at issue here, issued a summary judgment order holding all the claims asserted against Bumble from the '543 and '704 Patents invalid under 35 U.S.C. §251 (Original Patent Requirement). Dkt. No. 204. The WDTX Court had previously cancelled the trial in the *Bumble* action. Order Cancelling Jury Selection and Trial, Dkt. No. 202. There is some overlap between the claims asserted in the *Bumble* action and the claims asserted in the present action.

4. Upon entry of judgment, Ikorongo intends to appeal the WDTX Court's ruling to the Federal Circuit. Given the overlap between the claims at issue in this Action and those at issue in the *Bumble* action, the parties stipulate that this action shall be stayed until completion of any appeal of the invalidity ruling under §251. A draft

stipulation to that effect is attached as **Exhibit 1** hereto.

5. The '543 and '704 Patents are also at issue in three other cases before this Court, which are also currently stayed:

- *Ikorongo Texas LLC v. LG Electronics Inc. et al*, No. 3:21-cv-07429-SI (N.D. Cal.)
- *Ikorongo Texas LLC v. Lyft, Inc.*, No. 3:21-cv-06820-SI (N.D. Cal.)
- *Ikorongo Texas LLC v. Uber Technologies, Inc.*, No. 3:21-cv-07420-SI (N.D. Cal.)

6. The parties in the *Uber* case had filed a stipulation to stay in view of the forthcoming appeal. The Court denied that stipulation and set a status conference in that case for April 22, 2022 at 3:30 pm. The parties suggest that a combined status conference be held with all four cases to address how to best proceed.

| Dated: April 15, 2022 | Respectfully submitted, |
|---|---|
| | */s/ Howard Wisnia*<br>**HOWARD N. WISNIA**<br>CA State Bar No. 184626<br>**WISNIA PC**<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>Tel: 858.461.0989<br>howard@wisnialaw.com<br><br>**NICHOLAS WYSS**<br>TX State Bar No. 24071459<br>**NIX PATTERSON, LLP**<br>3600 N. Capital of Texas Hwy, Bldg. B., Suite 350<br>Austin, Texas 78746<br>Tel: 512.328.5333<br>Fax: 512.328.5335<br>krupp@nixlaw.com<br><br>***COUNSEL FOR PLAINTIFFS***<br><br>*/s/ David S. Almeling*<br>J. Mark Mann<br>TX State Bar No. 12926150<br>Email: Mark@themannfirm.com<br>G. Blake Thompson<br>TX State Bar No. 24042033<br>Email: Blake@themannfirm.com<br>**MANN TINDEL THOMPSON**<br>201 E. Howard Street<br>Henderson, Texas 75654<br>Telephone: (903) 657-8540<br>Facsimile: (903) 657-6003<br><br>Darin W. Snyder<br>CA State Bar No. 136003<br>dsnyder@omm.com<br>David S. Almeling<br>CA State Bar No. 235449<br>dalmeling@omm.com<br>Mark Liang<br>CA State Bar No. 278487<br>mliang@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center<br>28th Floor |

3

Case No. 21-cv-07424-SI
**JOINT STATUS REPORT AND REQUEST FOR A STATUS CONFERENCE**

| | |
|---|---|
| | San Francisco, CA 94111<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br><br>Nicholas J. Whilt<br>CA State Bar No. 247738<br>nwhilt@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>18th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-430-6000<br><br>Margaret O'Boyle (Pro Hac Vice)<br>NY State Bar No. 4820718<br>moboyle@omm.com<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>Facsimile: 212-326-2061<br><br>***COUNSEL FOR DEFENDANTS*** |

**ECF ATTESTATION**

I, Howard Wisnia, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT AND REQUEST FOR A STATUS CONFERENCE.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature(*/s/*) within this e-filed document.

Dated:  April 15, 2022                                  By:*/s/ Howard Wisnia*
                                                                            Howard Wisnia