Howard Wisnia (SBN 184626)
**WISNIA PC**
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: (858) 461-0989
Howard@wisnialaw.com

Attorney for Plaintiffs IKORONGO TEXAS LLC and IKORONGO TECHNOLOGY LLC.

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKORONGO TEXAS LLC and IKORONGO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 21-cv-07424-VC<br><br>**JOINT STIPULATION OF THE PARTIES FOR STAY OF CASE** |

Plaintiffs Ikorongo Texas LLC and Ikorongo Technology LLC (collectively "Ikorongo") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") hereby report to the Court, stipulate and agree as follows:

1. In the above-captioned matter, Ikorongo asserts infringement by Samsung of U.S. Patent Nos. RE 45,543 (the '543 Patent), RE 47,704 (the '704 Patent), as well as two other patents.

2. This action is currently stayed pursuant to the parties' stipulation and Court order of October 7, 2021. (Dkt. 111). The stay was entered into pending resolution of Ikorongo's petition for writ of certiorari as to the opinion of the Court of Appeals for the Federal Circuit regarding the Petitions for Writs of Mandamus filed in Case Nos. 2021-139 and 2021-140, transferring this and related actions out of the U.S. District Court, Western District of Texas. *See* Order on Petition, *In re: Samsung Electronics Co., Ltd.*, No. 21-139 (Fed. Cir. June 30, 2021). On April 4, 2022, the Supreme Court denied Ikorongo's petitions. *Ikorongo Tex. LLC v. Samsung Elecs. Co.,* No. 21-1085, 2022 U.S. LEXIS 1807 (Apr. 4, 2022).

3. On April 12, 2022, the Court in *Ikorongo v. Bumble Trading LLC,* 6:20-cv-00256-ADA (WDTX) ("*Bumble* action") a case involving the '543 and '704 Patents at issue here, issued a summary judgment order holding all the claims asserted against Bumble from the '543 and '704 Patents invalid under 35 U.S.C. §251 (Original Patent Requirement). Dkt. No. 204. On April 20, 2022, the WDTX Court entered Final Judgment. Dkt. No. 206. There is some overlap between the claims asserted in the *Bumble* action and the claims asserted in the present action.

4. Ikorongo intends to appeal the WDTX Court's ruling to the Federal Circuit. Given the overlap between the claims at issue in this Action and those at issue in the *Bumble* action, the parties stipulate that this action shall be stayed until completion of any appeal of the invalidity ruling under §251.

5. The parties further agree and stipulate that promptly upon final

resolution of that appeal, they will notify the Court and request a status conference at the Court's earliest availability.

.

| Dated: April 22, 2022 | Respectfully submitted, |
|---|---|
| | /s/ *Howard Wisnia*<br>**HOWARD N. WISNIA**<br>CA State Bar No. 184626<br>**WISNIA PC**<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>Tel: 858.461.0989<br>howard@wisnialaw.com<br><br>**NICHOLAS WYSS**<br>TX State Bar No. 24071459<br>**NIX PATTERSON, LLP**<br>3600 N. Capital of Texas Hwy, Bldg. B., Suite 350<br>Austin, Texas 78746<br>Tel: 512.328.5333<br>Fax: 512.328.5335<br>krupp@nixlaw.com<br><br>***COUNSEL FOR PLAINTIFFS***<br><br>/s/ *David S. Almeling*<br>J. Mark Mann<br>TX State Bar No. 12926150<br>Email: Mark@themannfirm.com<br>G. Blake Thompson<br>TX State Bar No. 24042033<br>Email: Blake@themannfirm.com<br>**MANN TINDEL THOMPSON**<br>201 E. Howard Street<br>Henderson, Texas 75654<br>Telephone: (903) 657-8540<br>Facsimile: (903) 657-6003<br><br>Darin W. Snyder<br>CA State Bar No. 136003<br>dsnyder@omm.com<br>David S. Almeling<br>CA State Bar No. 235449<br>dalmeling@omm.com<br>Mark Liang<br>CA State Bar No. 278487<br>mliang@omm.com<br>**O'MELVENY & MYERS LLP** |

Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

Nicholas J. Whilt
CA State Bar No. 247738
nwhilt@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone: 213-430-6000

Margaret O'Boyle (Pro Hac Vice)
NY State Bar No. 4820718
moboyle@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

***COUNSEL FOR DEFENDANTS***

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ____________________ ________________________________

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Howard Wisnia, am the ECF user whose ID and password are being used to file this JOINT STIPULATION OF THE PARTIES FOR STAY OF CASE. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature(*/s/*) within this e-filed document.

Dated: April 22, 2022

By: */s/ Howard Wisnia*
Howard Wisnia