MARGARET O'BOYLE (*Pro Hac Vice*)
moboyle@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKORONGO TEXAS LLC and IKORONGO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 21-cv-07424-SI<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK AND ALL PARTIES OF RECORD:** Please take notice that Margaret O'Boyle withdraws her appearance on behalf of Defendants in the above-captioned case. Defendants will continue to be represented by other counsel of record in this action.

Dated: October 14, 2022

Respectfully submitted,

By: */s/ Margaret O'Boyle*
Margaret O'Boyle
O'MELVENY & MYERS LLP

*Attorneys for Defendants
Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*